# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3319

_____

United States of America

*Plaintiff - Appellee*

v.

Donald R. Turner, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: March 1, 2023
Filed: March 6, 2023
[Unpublished]

_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Donald Turner appeals his reduced sentence after the district court[1] granted his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i).

---

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

He argues on appeal that the modified sentence is substantively unreasonable, as the court should have reduced the sentence further.  Upon careful review, we conclude that the court did not abuse its discretion, as the appropriate sentence reduction is within the district court's discretion, and the court adequately considered the relevant sentencing factors and the parties' arguments.  See United States v. Davis, 19 F.4th 1083, 1086 (8th Cir. 2021) (per curiam); United States v. Rodd, 966 F.3d 740, 748 (8th Cir. 2020).

Accordingly, we affirm.  We also grant counsel's motion to withdraw.

_____